[No. 9203–8–III.   Division Three.   July 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMUNDO G. JIMENEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 87–1–50234–1, Albert J. Yencopal, J., entered February 23, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 8739–5–III.   Division Three.   July 6, 1989.]

LARRY D. TUSSING, *Plaintiff,* v. MICHAEL J. WOLF, ET AL, *Appellants,* QUINCY FARM CHEMICALS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 230694C, Clinton J. Merritt, J., entered June 30, 1987. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.

[Nos. 19573–5–I; 19574–3–I.   Division One.   July 10, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY JEAN PIERCE REMMEN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. TERRY JEAN PIERCE REMMEN, *Defendant,* ROBERT REMMEN, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 86–1–01258–0, Liem E. Tuai, J., entered November 24, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Webster, J.